IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:                 | :  | Chapter 13            |
|------------------------|----|-----------------------|
|    Donna M. Ribecchi | :  |                       |
|                        | :  |                       |
|                        | :  | Case No.: 19-11512MC  |
| Debtor(s)              | :  |                       |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on July 31, 2019, a true and correct copy of the Application for Compensation and Notice of Application was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Dated: July 31, 2019

                                              /s/ Brad J. Sadek, Esquire
                                              Brad J. Sadek, Esquire
                                              Sadek and Cooper
                                              1315 Walnut Street
                                              Suite 502
                                              Philadelphia, PA 19107
                                              Phone: 215-545-0008
                                              brad@sadeklaw.com